# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **VASILIOS ZANNIKOS, Individually and On Behalf of All Others Similarly Situated,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 4:12-cv-02508** |
| **V.** | § § | **JURY TRIAL DEMANDED** |
| **OIL INSPECTIONS (U.S.A.) INC.  AND STEPHEN TAYLOR,** | § § § | |
| **Defendants.** | § § § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Vasilios Zannikos, on behalf of himself and on behalf of all others similarly situated (hereinafter "Plaintiffs") hereby certifies the following to be parties, associations of parties, firms, partnerships, corporations, affiliates, parent corporations, or other entities known by him to be financially interested in the outcome of the litigation in this case.

1. Vasilios Zannikos, Plaintiff;

2. All other similarly situated workers of the Defendants;

3. Galvin B. Kennedy, Kennedy Hodges, L.L.P., Counsel for Plaintiff;

4. Oil Inspections (U.S.A.) Inc., Defendant;

5. Stephen Taylor, Individually, Defendant.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By:   _/s/ Galvin B. Kennedy_____
      Galvin B. Kennedy
      gkennedy@kennedyhodges.com
      State Bar No. 00796870
      Federal Bar No. 20791
      711 W. Alabama St.
      Houston, TX 77006
      Telephone: (713) 523-0001
      Facsimile: (713) 523-1116

ATTORNEY-IN-CHARGE FOR PLAINTIFF
AND CLASS MEMBERS