RECEIVED
ON 9-5-12 TIME 9:00 PM
GRANDSTAFF CIVIL PROCESS
DALLAS COUNTY, TEXAS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas, Houston Division

| | |
|---|---|
| VASILIOS ZANNIKOS, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*<br><br>OIL INSPECTIONS (U.S.A.) INC. AND STEPHEN TAYLOR,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  4:12-cv-02508<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Oil Inspections (U.S.A.) Inc.
350 North St. Paul St., Ste. 2900
Dallas, Texas 75201

Registered Agent:

CT Corporation System

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Galvin B. Kennedy
Kennedy Hodges, L.L.P.
711 West Alabama St.
Houston, Texas 77006
Tel: (713) 523-0001
Fax: (713) 523-1116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**

*CLERK OF COURT*

Date: AUG 2 8 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Oil Inspections (U.S.A.) Inc.__

was received by me on *(date)* __September 5, 2012 at 9:00 P.M.__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Oil Inspections (U.S.A.) Inc., by delivering to C.T. Corporation System, its registered agent for service, by delivering to Marie Garcia, agent for C.T. Corporation System, on the 6th day of September, 2012 at 8:50 a.m., at 350 N. St. Paul St., Suite 2900, Dallas, Dallas County, Texas.

My fees are $ _____ for travel and $ __45.00__ for services, for a total of $__45.00__ ~~0.00~~ .

I declare under penalty of perjury that this information is true.
Grandstaff Civil Process Company
Dallas, Dallas County, Texas

Date: __9-06-02__

*Server's signature*
Charles L. Grandstaff - SCH000000532/EXP. 7-31-14
Private Process Server Over 18 Years of Age
*Printed name and title*

P.O. Box 141180   Dallas, TX.  75214
*Server's address*

Additional information regarding attempted service, etc: