UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VASILIOS ZANNIKOS, Individually and on Behalf of All Others Similarly Situated,     Plaintiff, | § § § |
| | § CIVIL ACTION NO. 4:12-CV-02508 |
| vs. | § § JURY TRIAL DEMANDED |
| OIL INSPECTIONS (U.S.A.) INC. AND STEPHEN TAYLOR,     Defendants. | § § § § |

## NOTICE OF SATISFACTION OF JUDGMENT

By the filing of this instrument, the parties hereby advise the Court that Defendants Oil Inspections (USA) Inc. and Stephen Taylor have, pursuant to the instructions of Galvin Kennedy and Beatriz Sosa-Morris, attorneys for Plaintiffs, tendered and paid to Plaintiffs the total sum of One Hundred and Forty-Six Thousand Two-Hundred and Fifty-One Dollars and Ninety Cents ($146,251.90), which includes $13,838.02 in unpaid wages, $75,000.00 in attorney fees, $213.98 in post-judgment interest, $2,199.90 in taxable court cost, and an additional $55,000.00 in agreed appellate attorney fees. The parties hereby agree and stipulate that such payment constitutes payment in full satisfaction of (and therefore fully discharges) the Judgment entered by this Court on April 22, 2014, Doc. No. 50, and includes, without limitation, any claim for appellate fees in connection with the parties' cross-appeals to the U.S. Court of Appeals for the Fifth Circuit.

Respectfully submitted,

DOW GOLUB REMELS & BEVERLY, L.L.P.

By: *s/ Andrew S. Golub*
    Andrew S. Golub
    State Bar No. 08114950
    Federal ID No. 13812
    asgolub@dowgolub.com
    Stephanie A. Hamm
    State Bar No. 24069841
    Federal ID No. 108779
    sahamm@dowgolub.com
    9 Greenway Plaza, Suite 500
    Houston, Texas 77046
    Telephone: (713) 526-3700
    Facsimile: (713) 526-3750

**ATTORNEYS FOR DEFENDANTS**

KENNEDY HODGES, L.L.P.

By: *s/ Galvin Kennedy* (by permission)
    Galvin Kennedy
    State Bar No. 00796870
    Federal ID No. 20791
    gkennedy@kennedyhodges.com
    Beatriz Sosa-Morris
    State Bar No. 24076154
    bsosamorris@kennedyhodges.com
    711 W. Alabama St.
    Houston, Texas 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2015, the foregoing Notice of Satisfaction of Judgment was submitted to the Court using the Court's CM/ECF filing system which will serve all counsel of record in accordance with Federal Rule of Civil Procedure (5)(b)(2).

                                      */s/ Andrew S. Golub*
                                      Andrew S. Golub